JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY MALISSA M.,

        Plaintiff,

  v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

        Defendant.

Case No. 8:23-cv-00326- KES

JUDGMENT

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of the Commissioner of the Social
Security Administration is AFFIRMED.

DATED:  July 25, 2023

_Karen E. Scott_
_____
KAREN E. SCOTT
United States Magistrate Judge